**Federal Defenders**
**OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

July 29, 2019

**BY ECF AND EMAIL**

Honorable Richard J. Sullivan
United States Circuit Judge
40 Foley Square
New York, NY 10007

Re:   **United States v. John Luke Shannon,**
      **18 Cr. 809 (RJS)**

Dear Judge Sullivan:

     I write to request that the Court reschedule sentencing in the above-referenced matter. By order dated July 22, this Court scheduled sentencing for August 16. Unfortunately, I will be out of the office that week. I therefore request that the Court reschedule sentencing for the morning of August 23, when I understand both the government and the Court will be available.

Respectfully submitted,

/s/
Clay H. Kaminsky, Esq.
Assistant Federal Defender
(212) 417-8749

cc:   AUSA Cecilia Vogel