# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

December 16, 2019

**BY ECF AND EMAIL**

Honorable Richard J. Sullivan
United States Circuit Judge
40 Foley Square
New York, NY 10007



Re: <u>United States v. John Luke Shannon,</u>
18 Cr. 809 (RJS)

Dear Judge Sullivan:

I write to request that the Court postpone Mr. Shannon's surrender date, currently set for January 7, 2020, by approximately 30 days, to a Tuesday, Wednesday, or Thursday in mid-February. Mr. Shannon has not yet received his BOP designation. I make this request for that reason, in light of the upcoming winter holidays, and with the expectation that, due to his medical needs, Mr. Shannon will be designated far from his home in Arizona and will have to make travel arrangements.

The government has no objection to this request.

Respectfully submitted,

/s/
Clay H. Kaminsky, Esq.
Assistant Federal Defender
(212) 417-8749

cc: AUSA Cecilia Vogel

In light of the fact that Defendant has yet to receive his BOP designation for his January 7, 2020 surrender date, and the fact that Defendant's medical needs could interfere with his ability to make appropriate travel arrangements on short notice, IT IS HEREBY ORDERED THAT Defendant's surrender date is adjourned to Thursday, February 6, 2020.

SO ORDERED
Date: 12/19/19
RICHARD J. SULLIVAN
U.S.D.J.