

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JOHN LUKE SHANNON,

                Defendant.

No. 18-cr-809 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    The Court is in receipt of Defendant's March 3, 2020 letter requesting that Defendant's surrender date – currently set for March 6, 2020 – be adjourned, and the government's March 4, 2020 response stating that it does not object. IT IS HEREBY ORDERED THAT Defendant's surrender date is adjourned to Monday, April 6, 2020.

SO ORDERED.

Dated:    March 4, 2020
              New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation