UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JOHN LUKE SHANNON,

                Defendant.

No. 18-cr-809 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

      The Court is in receipt of Defendant's March 16, 2020 letter requesting, with the government's consent, that Defendant's surrender date – currently set for April 6, 2020 – be adjourned for 90 days. IT IS HEREBY ORDERED THAT Defendant's surrender date is adjourned to Monday, July 6, 2020.

SO ORDERED.

Dated:     March 17, 2020
            New York, New York

                                      RICHARD J. SULLIVAN
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/20