UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>JOHN LUKE SHANNON,<br><br>Defendant. | No. 18-cr-809 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of Defendant's June 9, 2020 letter motion requesting that the Court modify Defendant's sentence to time served and convert his unserved prison term to a term of supervised release with home confinement, pursuant to 18 U.S.C. § 3582(c).  IT IS HEREBY ORDERED THAT the government shall file a responsive letter by Monday, June 15, 2020 setting forth its position on Defendant's motion.

SO ORDERED.

Dated:    June 10, 2020
         New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
                                         RICHARD J. SULLIVAN
                                         UNITED STATES CIRCUIT JUDGE
                                         Sitting by Designation