UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>JOHN LUKE SHANNON,<br><br>Defendant. | No. 18-cr-809 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of Defendant's June 10, 2020 proposed redactions to his letter motion for compassionate release. (Doc. No. 47.) The Court has carefully reviewed the proposed redactions – which cover Defendant's home address, certain medical treatment details, and diagnoses not directly at issue in the motion – and concludes that the presumption in favor of open records is outweighed by Defendant's privacy interest. *See United States v. Amodeo*, 71 F.3d 1044, 1050 (2d Cir. 1995). Accordingly, IT IS HEREBY ORDERED THAT Defendant's proposed redactions are approved. IT IS FURTHER ORDERED THAT the unredacted letter motion shall be filed under seal.

SO ORDERED.

Dated:   June 11, 2020
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation