**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

August 4, 2020

**BY ECF AND EMAIL**

Honorable Richard J. Sullivan
United States Circuit Judge
40 Foley Square
New York, NY 10007

Re:   **United States v. John Luke Shannon,
      18 Cr. 809 (RJS)**

Dear Judge Sullivan:

    I write with the consent of the government to request that the Court adjourn Mr. Shannon's surrender date, now set for September 1, 2020, for a further 60 days. This additional adjournment is needed in light of the risks that travel and incarceration pose to Mr. Shannon's health during the ongoing coronavirus pandemic. As of today, August 4, 2020, the BOP reports 74 confirmed active cases of COVID-19 among inmates at FCI Butner Low. *See* BOP, COVID–19 Cases, www.bop.gov/coronavirus.

    Respectfully submitted,

/s/
Clay H. Kaminsky, Esq.
Assistant Federal Defender
(212) 417-8749

cc:   AUSA Cecilia Vogel

```
IT IS HEREBY ORDERED THAT Defendant's surrender date -- currently
set for Tuesday, September 1, 2020 -- is adjourned to Monday,
October 2, 2020.
```

SO ORDERED
Dated: 8/5/20

RICHARD J. SULLIVAN
U.S.D.J.