**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District
Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

October 23, 2020

**BY ECF AND EMAIL**

Honorable Richard J. Sullivan
United States Circuit Judge
40 Foley Square
New York, NY 10007

Re:   **United States v. John Luke Shannon,**
      **18 Cr. 809 (RJS)**

Dear Judge Sullivan:

      I write with the consent of the government to request that the Court adjourn Mr. Shannon's surrender date, now set for November 2, 2020, by two weeks. This adjournment is necessary because Mr. Shannon is under quarantine for possible COVID-19. He was last exposed on Wednesday, October 21, when he went to the VA Emergency Room with flu-like symptoms to get tested himself. He had to wait for over two hours in a small room with another veteran who then tested positive. Mr. Shannon's own rapid test came back negative, but his doctor told him to quarantine for 14 days because of his symptoms, his exposure, and the incubation period.

Respectfully submitted,

/s/
Clay H. Kaminsky, Esq.
Assistant Federal Defender
(212) 417-8749

cc:   AUSA Cecilia Vogel

```
IT IS HEREBY ORDERED THAT Defendant's surrender date, currently
set for Monday, November 2, 2020, is adjourned to
Monday, November 16, 2020.
```

SO ORDERED
Dated:
RICHARD J. SULLIVAN
U.S.D.J.

10/26/20