**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

November 9, 2020

**BY ECF AND EMAIL**

Honorable Richard J. Sullivan
United States Circuit Judge
40 Foley Square
New York, NY 10007

Re:   **United States v. John Luke Shannon,**
       **18 Cr. 809 (RJS)**

Dear Judge Sullivan:

    I write with the consent of the government to request that the Court adjourn Mr. Shannon's surrender date, now set for November 16, 2020, by another two weeks. This adjournment is necessary because Mr. Shannon remains under quarantine for possible COVID-19. He is suffering from fever, headache, and cough. His doctor at the Veteran's Administration has directed him to remain under quarantine until he has been symptom-free for at least 72 hours.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc:   AUSA Cecilia Vogel

```
IT IS HEREBY ORDERED THAT Defendant's surrender date, currently
set for November 16, 2020, is adjourned to Monday, November 30,
2020.  No further adjournments will be granted absent
truly compelling circumstances.
```

SO ORDERED: _____
Dated:                RICHARD J. SULLIVAN
                     U.S.C.J., Sitting by Designation
11/9/2020