**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 12, 2021

**BY ECF AND EMAIL**

Honorable Richard J. Sullivan
United States Circuit Judge
40 Foley Square
New York, NY 10007

Re:   **United States v. John Luke Shannon,
       18 Cr. 809 (RJS)**

Dear Judge Sullivan:

     I write with the consent of the government to request that the Court adjourn Mr. Shannon's surrender date, now set for January 25, 2021, by an additional 30 days. Mr. Shannon received his first dose of the Pfizer vaccine on December 28, 2020. He is scheduled to receive the second dose on February 9, 2021. Adjourning the surrender date by 30 days will allow Mr. Shannon time to become fully vaccinated and recover from the side effects before traveling to North Carolina.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc:   AUSA Cecilia Vogel

```
IT IS HEREBY ORDERED THAT Defendant's surrender date, currently set for
January 25, 2021, is adjourned to Wednesday, February 24, 2021.

Dated:      January 12, 2021
            New York, New York           SO ORDERED: _____
                                                     RICHARD J. SULLIVAN
                                                     U.S.C.J., Sitting by Designation
```