**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

February 15, 2021

**BY ECF AND EMAIL**

Honorable Richard J. Sullivan
United States Circuit Judge
40 Foley Square
New York, NY 10007

Re:   **United States v. John Luke Shannon,
         18 Cr. 809 (RJS)**

Dear Judge Sullivan:

    I write to request that the Court adjourn Mr. Shannon's surrender date, now set for February 24, 2021, by an additional 30 days. Mr. Shannon was scheduled to receive his second dose of the Pfizer COVID-19 vaccine through the Department of Veterans Affairs ("VA") health care system on February 9, 2021. Unfortunately, the VA postponed his appointment without giving him a new date; he was told simply that he will be contacted when they can provide the second shot. Mr. Shannon is now also trying to schedule an appointment outside the VA system, but that could also take weeks. Especially in light of the new, highly infectious variants of the coronavirus now circulating, it is important that Mr. Shannon be fully vaccinated before he travels to North Carolina and enters BOP custody.

    The government has no objection to the requested adjournment.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc:   AUSA Cecilia Vogel

```
IT IS HEREBY ORDERED THAT Defendant's surrender date, currently
set for Wednesday, February 24, 2021, is adjourned to Wednesday,
March 24, 2021.

Date:      February 15, 2021
           New York, New York    SO ORDERED: _____
```

RICHARD J. SULLIVAN
U.S.C.J., Sitting by Designation