**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 16, 2021

**BY ECF AND EMAIL**
Honorable Richard J. Sullivan
United States Circuit Judge
40 Foley Square
New York, NY 10007

Re:  **United States v. John Luke Shannon,**
     **18 Cr. 809 (RJS)**

Dear Judge Sullivan:

    I write to request that the Court adjourn Mr. Shannon's surrender date, now set for March 24, 2021, by an additional 30 days. The principal reason an adjournment is necessary is that Mr. Shannon has suffered a stroke. On or about February 27, he experienced a headache and pressure, began drooling uncontrollably out of the right sight of his mouth, and had right-side hemiparesis. He was taken by ambulance to Abrazo hospital, where a CT scan revealed an "early acute infarct in the posterior left frontal love above the sylvian fissure." He continues to experience expressive aphasia and right-sided weakness and has been referred for speech therapy and physical therapy.

    Pending additional follow-up by Mr. Shannon's neurologist, Mr. Shannon's primary care physician has placed him on 30 days' bed rest beginning March 8. Mr. Shannon nevertheless went out to receive a second dose of the Pfizer vaccine on March 15, which was the earliest appointment that he had been able to obtain. He was told to return on April 6 to receive a final dose because so much time elapsed between his first and second doses.

    The requested 30-day adjournment will allow Mr. Shannon to recover from his stroke and complete his inoculation before he travels and surrenders to serve his prison sentence. The government takes no position on this request.

Respectfully submitted,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc:  AUSA Cecilia Vogel

```
IT IS HEREBY ORDERED THAT Defendant's surrender date, currently set for
Wednesday, March 24, 2021, is adjourned to Monday, April 26, 2021.

Date:      March 17, 2021
           New York, NY          SO ORDERED:  _____
                                              RICHARD J. SULLIVAN
                                              U.S.C.J., Sitting by Designation
```