**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

May 21, 2021

**BY ECF AND EMAIL**
Honorable Richard J. Sullivan
United States Circuit Judge
40 Foley Square
New York, NY 10007

Re: <u>United States v. John Luke Shannon</u>,
18 Cr. 809 (RJS)

Dear Judge Sullivan:

I accordance with this Court's orders, Mr. Shannon sought an evaluation by an outside physician within the VA Community Care network who has not previously treated him to assess whether he is well enough to travel to Butner, North Carolina, and be received into the custody of the Bureau of Prisons at this time. On May 14, 2021, he was seen by Dr. Naveed Vehra, MD, a neurologist. Dr. Vehra conducted a physical examination but also ordered imaging and other testing to inform his assessment. <u>See</u> **Exhibit A**. Results are expected within 45 days. Accordingly, I request that Mr. Shannon's May 26, 2021 surrender date be adjourned by 45 days to allow for the completion of these tests and a final medical assessment.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc: AUSA Cecilia Vogel

```
IT IS HEREBY ORDERED THAT Defendant's surrender date, currently set
for Wednesday, May 26, 2021, is adjourned to Monday, July 12, 2021.

IT IS FURTHER ORDERED THAT Defendant's counsel shall
submit documentation of Dr. Vehra's final assessment to the Court
within one week of the date of that assessment.

Date:     May 23, 2021
          New York, NY
                                SO ORDERED: _____
                                            RICHARD J. SULLIVAN
                                            U.S.C.J., Sitting by Designation
```