**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

July 7, 2021

**BY ECF AND EMAIL**
Honorable Richard J. Sullivan
United States Circuit Judge
40 Foley Square
New York, NY 10007

**Re:** <u>United States v. John Luke Shannon,</u>
**18 Cr. 809 (RJS)**

Dear Judge Sullivan:

    I write to update the Court concerning Mr. Shannon's medical condition. Dr. Vehra has not yet completed his evaluation of Mr. Shannon because of delays in obtaining an MRI. (I understand that the imaging was difficult to arrange because it had to be performed under sedation administered by an anesthesiologist given Mr. Shannon's severe claustrophobia.) The MRI was finally completed on or about July 1, and results were reported to Dr. Vehra's office on or about July 5. On July 6, Mr. Shannon was present in that office to receive the results but suffered an episode and fall in the waiting room and was taken to Banner Thunderbird Medical Center's emergency room for possible stroke. He was admitted and remains in the hospital.

    Mr. Shannon has plane tickets to travel to North Carolina to surrender on July 12 if the Court requires, but we ask that the Court instead adjourn his surrender by another 30 days to allow Dr. Vehra to complete his assessment and to allow Mr. Shannon to recover and to avoid the risks of with flying shortly after a stroke.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc: AUSA Cecilia Vogel

```
The request for adjournment of Defendant's surrender date is DENIED.
IT IS HEREBY ORDERED THAT Defendant shall surrender into the custody
of the Bureau of Prisons as currently scheduled on July 12, 2021.

Date:     July 8, 2021
          New York, NY          SO ORDERED: _____
                                            RICHARD J. SULLIVAN
                                            U.S.C.J., Sitting by Designation
```